IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSE R. JONES**                                                                                               **PLAINTIFF**

v.                                    Case No. 4:23-cv-01036-KGB

**JANIE LOVE,**
**Jail Administrator, Van Buren County Jail;** *et al.*                                **DEFENDANTS**

**ORDER**

Before the Court is the Recommended Disposition of United States Magistrate Judge Benecia B. Moore (Dkt. No. 8). For the following reasons, the Court declines to adopt the Recommended Disposition but dismisses without prejudice plaintiff Jessie R. Jones's complaint (Dkt. No. 2).

Mr. Jones, an inmate at the Van Buren County Jail ("Jail"), filed a *pro se* complaint on October 26, 2023, asserting that defendants jail Administrator Janie Love and Assistant Jail Administrator Karen Angerman, Nurse Crystal Stripling, and Hope violated his constitutional rights (Dkt. No. 2). Judge Moore granted Mr. Jones's motion to proceed *in forma pauperis* and later conducted an initial screening of his complaint (Dkt. Nos. 6; 7). In an Order dated July 1, 2024, Judge Moore noted several deficiencies in Mr. Jones's complaint and gave Mr. Jones 30 days to file an amended complaint to address the deficiencies, but he failed to do so (Dkt. No. 7).

In the Recommended Disposition, Judge Moore screens Mr. Jones's original complaint and recommends dismissal of Mr. Jones's claims for failure to state a claim upon which relief may be granted. Judge Moore further recommends that the dismissal count as a "strike" for purposes of the Prison Litigation Reform Act, 28 U.S.C.A. § 1915(g) (Dkt. No. 8). The Court mailed the Recommended Disposition to Mr. Jones on August 16, 2024, at his address at the Jail (Dkt. Nos; 8;9). Mail to Mr. Jones at the Jail was returned undeliverable on August 27, 2024 (Dkt. No. 9).

The Court again mailed Mr. Jones a copy of the Recommended Disposition on October 18, 2024, due to a clerical error, and mail to Mr. Jones at the Jail was again returned undeliverable on October 28, 2024 (Dkt. No. 11).  Mr. Jones has not objected to the Recommended Disposition, and the time for doing so has passed.

The Court declines to adopt the Recommended Disposition recommending dismissal of the complaint for failure to state a claim upon which relief can be granted, but the Court dismisses Mr. Jones's complaint without prejudice, under Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas, for failure to prosecute (Dkt. No. 8).  Mr. Jones was advised in Judge Moore's November 7, 2023, Order that failure to comply with an Order of the Court may result in dismissal of his case without prejudice (Dkt. No. 4, at 1).  Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.")  A copy of the Court's November 7, 2023, Order was mailed to Mr. Jones at the Jail and was not returned undeliverable.  As of the date of this Order, Mr. Jones has not complied with the Court's Order of July 1, 2024, and the time for doing so has passed.  Accordingly, this case is dismissed without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 18th day of March, 2025.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge